Robert F. McCauley (SBN 162056)
Erik R. Puknys (SBN 190926)
Morgan E. Smith (SBN 293503)
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
robert.mccauley@finnegan.com
erik.puknys@finnegan.com
morgan.smith@finnegan.com
3300 Hillview Avenue
Palo Alto, CA  94304
Tel: (650) 849-6600 / Fax: (650) 849-6666

Margaret A. Esquenet (*pro hac vice*)
Samuel V. Eichner (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
margaret.esquenet@finnegan.com
samuel.eichner@finnegan.com
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Tel: (202) 408-4000 / Fax: (202) 408-4400

Christopher P. Foley (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
christopher.foley@finnegan.com
Two Freedom Square
11955 Freedom Drive, Suite 800
Reston, VA 20190-5675
Tel: (571) 203-2700 / Fax: (571) 203-2777

Attorneys for Plaintiff
Examinations Institute of the American Chemical Society,
Division of Chemical Education

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EXAMINATIONS INSTITUTE OF THE AMERICAN CHEMICAL SOCIETY, DIVISION OF CHEMICAL EDUCATION, | **CASE NO. 3:17-CV-03522-JD** |
| | **PLAINTIFF'S NOTICE REGARDING ORAL ARGUMENT BY A NEWER LAWYER** |
| Plaintiff, | |
| v. | Date:  August 31, 2017 |
| | Time:  10:00 a.m. |
| CHEGG, INC., | Courtroom:  11 |
| | Judge:  Hon. James Donato |
| Defendant. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that on August 31, 2017, Samuel Eichner will argue on behalf of Plaintiff Examinations Institute of the American Chemical Society, Division of Chemical Education. Mr. Eichner received his law degree in May of 2012 and was sworn into the New Jersey Bar in March of 2013. Mr. Eichner therefore has "6 years or fewer of experience" and qualifies as "a newer lawyer" as specified by Paragraph 13 of the Standing Order For Civil Cases Before Judge James Donato (Dkt. # 13, ¶13).

Dated:  August 23, 2017

Respectfully submitted,

/s/ *Margaret A. Esquenet*
Margaret A. Esquenet (*pro hac vice*)

Attorney for Plaintiff
Examinations Institute of the American Chemical
Society, Division of Chemical Education