**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## CIVIL MINUTES

**Case No.**: 17-cv-03522-JD (JCS)

**Case Name:** Examinations Institute of the American Chemical So v. Chegg Inc.

**Date:** February 21, 2018  **Time:** 30 M

**Deputy Clerk:** Karen Hom  **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Chris Foley, Sam Eichner (T)*
**Attorney for Defendant:** Ian Ballon, Sarah Barrows, Dana Jewell (T)*

## PROCEEDINGS

( )  Settlement Conference

   ( ) Case Settled  ( ) Case Did Not Settle  ( ) Partial Settlement

( )  Further Settlement Conference

   ( ) Case Settled  ( ) Case Did Not Settle  ( ) Partial Settlement

(X)  Telephonic Scheduling Conference to reschedule Settlement Conference

( )  Further Telephonic Settlement Conference

( )  Discovery Conference – Lead Trial Counsel Meet and Confer

( )  Status Conference

( )  Other

**Notes:** Parties shall provide a drafting schedule by 2/23/18. Joint Status Report due 4/2/18. Further settlement conference set for 4/5/18 at 2:00 PM.

**cc:**

*Telephonic Appearance