1  Robert F. McCauley (SBN 162056)
   **FINNEGAN, HENDERSON, FARABOW,**
2  **  GARRETT & DUNNER, LLP**
   robert.mccauley@finnegan.com
3  3300 Hillview Avenue
   Palo Alto, CA 94304
4  Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666
5
   Margaret A. Esquenet (*pro hac vice*)
6  Samuel V. Eichner (*pro hac vice*)
   **FINNEGAN, HENDERSON, FARABOW,**
7  **  GARRETT & DUNNER, LLP**
   margaret.esquenet@finnegan.com
8  samuel.eichner@finnegan.com
   901 New York Avenue, N.W.
9  Washington, D.C.  20001-4413
   Telephone:     (202) 408-4000
10 Facsimile:     (202) 408-4400

11 Christopher P. Foley (*pro hac vice*)
   **FINNEGAN, HENDERSON, FARABOW,**
12 **  GARRETT & DUNNER, LLP**
   christopher.foley@finnegan.com
13 Two Freedom Square
   11955 Freedom Drive, Suite 800
14 Reston, VA 20190-5675
   Telephone:     (571) 203-2700
15 Facsimile:     (571) 203-2777

16 *Attorneys for Plaintiff*
   *Examinations Institute of the American*
17 *Chemical Society, Division of Chemical*
   *Education*
18

Ian C. Ballon (SBN CA 141819)
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone:     (650) 328-8500
Facsimile:     (650) 328-8508
ballon@gtlaw.com

Lori Chang (SBN CA 228142)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone:     (310) 586-7700
Facsimile:     (310) 586-7800
changl@gtlaw.com

*Attorneys for Defendant Chegg, Inc.*

19 **UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
20 **SAN FRANCISCO DIVISION**

21 EXAMINATIONS INSTITUTE OF THE
   AMERICAN CHEMICAL SOCIETY,
22 DIVISION OF CHEMICAL EDUCATION,

23            Plaintiff,

24        v.

25 CHEGG, INC.,

26            Defendant.

27

28

**CASE NO. 3:17-cv-03522-JD**


**JOINT STIPULATION;**

**[PROPOSED] ORDER**

1        Plaintiff Examinations Institute of The American Chemical Society, Division of Chemical

2    Education ("Plaintiff") and Defendant Chegg, Inc. ("Defendant") (collectively, the "Parties")

3    respectfully request and stipulate, with the Court's permission, that the Court reconvene

4    mediation/settlement conference proceedings before Chief Magistrate Judge Spero for a date that is

5    convenient for the Court, the parties and their counsel, as provided below.

6        At the initial Case Management Conference of this case before Judge Donato, the Parties

7    agreed to participate in a mediation/settlement conference before Chief Magistrate Judge Spero,

8    which duly proceeded before Magistrate Judge Spero on January 8, 2018.  During that settlement

9    conference, the Parties signed a non-binding term sheet that broadly outlined terms for a future

10   settlement agreement.  Unfortunately, however, this dispute has not yet been resolved and the Parties

11   have differing views as to why and how best to put this dispute back on a track for settlement.  The

12   Parties respectfully believe that, at this point, it would be most efficient for this matter to be set for a

13   status conference before Judge Spero, with the Parties submitting separate confidential statements

14   (not to be exchanged between the parties), ten days before the status conference in which they will

15   provide their respective views on settlement efforts to date and how to best proceed.

16        Respectfully submitted,

17   Dated: January 16, 2020                    FINNEGAN, HENDERSON, FARABOW,
                                                   GARRETT & DUNNER, LLP
18

19                                             By:_____/s/ *Christopher P. Foley*_____
                                                   Christopher P. Foley
20                                                 *Attorneys for Plaintiff*
                                                   *Examinations Institute of the American Chemical*
21                                                 *Society, Division of Chemical Education*

22

23   Dated: January 16, 2020                    GREENBERG TRAURIG, LLP

24
                                               By:_____/s/ *Ian Ballon*_____
25                                                 Ian Ballon
                                                   *Attorneys for Defendant*
26                                                 *Chegg, Inc.*

27

28

**ATTESTATION**

Counsel for the Plaintiff hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for the Defendant.


Dated: January 16, 2020                    FINNEGAN, HENDERSON, FARABOW,
                                                            GARRETT & DUNNER, LLP


                                            By:___/s/ *Christopher P. Foley*_____
                                                 Christopher P. Foley
                                                 *Attorneys for Plaintiff*
                                                 *Examinations Institute of the American Chemical*
                                                 *Society, Division of Chemical Education*


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, this dispute is again referred to Chief Magistrate Judge Spero for the purpose of setting a status conference and reconvening settlement discussions and proceedings.

IT IS SO ORDERED.


Dated: _____          _____
                                                 United States District Judge
                                                 Northern District of California