# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 17-cv-03522-JD (JCS)

**Case Name:** Examinations Institute of the American Chemical So v. Chegg Inc.

**Date:** January 28, 2020  **Time:** 30 M

**Deputy Clerk:** Karen Hom  **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Chris Foley, Sam Eichner
**Attorney for Defendant:** Ian Ballon, Lori Chang

## PROCEEDINGS

( )  Settlement Conference

  ( ) Case Settled  ( ) Case Did Not Settle  ( ) Partial Settlement

( )  Further Settlement Conference

  ( ) Case Settled  ( ) Case Did Not Settle  ( ) Partial Settlement

(X)  Telephonic Conference to set a Further Settlement Conference -Held

( )  Further Telephonic Settlement Conference

( )  Discovery Conference – Lead Trial Counsel Meet and Confer

( )  Status Conference

( )  Other

**Notes:** Further settlement conference set for 3/25/2020 at 9:30 AM. Court to issue order. Confidential settlement conference statements due 3/12/2020.