# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 17-cv-03522-JD (JCS)

**Case Name:** Examinations Institute of the American Chemical So v. Chegg Inc.

**Date:** June 23, 2020          **Time:** 5 H 30 M

**Deputy Clerk:** Karen Hom          **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Chris Foley, Sam Eichner, Craig Freeman
**Attorney for Defendant:** Ian Ballon, Lori Chang

## PROCEEDINGS

(X)   Settlement Conference - Held

      ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )   Further Settlement Conference

      ( ) Case Settled     ( ) Case Did Not Settle     ( ) Partial Settlement

( )   Telephonic Scheduling Conference to set Settlement Conference

( )   Further Telephonic Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:** Further settlement conference, by Zoom, set for 9/29/2020 at 9:30 am. Updates settlement conference statements due one week in advance.

Parties in attendance for plaintiff: Dana Jewell, Rachel Desai, Nathan Schultz, Brooke Garner.
Parties in attendance for defendant: Margaret Esquenet, Kristen Murphy

*Telephonic Appearance