UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXAMINATIONS INSTITUTE OF THE AMERICAN CHEMICAL SOCIETY, DIVISION OF CHEMICAL EDUCATION, <br><br> Plaintiff. <br><br> v. <br><br> CHEGG INC., <br><br> Defendant. | Case No.  17-cv-03522-JD   (JCS) <br><br> **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for

**September 29, 2020, at 9:30 a.m.**, via Zoom Videoconference.

Updated confidential settlement conference statements shall be lodged with the Court by

**September 22, 2020.**  Each party shall also submit their updated statements in .pdf format and

email their statement to **JCSsettlement@cand.uscourts.gov**, along with a .pdf of any previous

settlement conference statement(s). **Please do not submit paper copies.**

**One (1) week prior to the scheduled conference counsel shall send one joint email to**

**the clerk at JCSCRD@cand.uscourts.gov with the names of counsel,  names of participants,**

**and their email addresses for the Zoom meeting invitation.**

Lead trial counsel shall appear at the Settlement Conference with the parties and persons

having unlimited authority to negotiate and settle the case.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this

case settles prior to the date set for the Further Settlement Conference.  All other provisions of this

Court's original Notice and Settlement Conference Order remain in effect.

United States District Court
Northern District of California

1        IT IS SO ORDERED.

2    Dated: June 24, 2020

3    _____

4    JOSEPH C. SPERO
     United States Chief Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California