**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

**ZOOM CIVIL MINUTES**

**Case No.**: 17-cv-03522-JD (JCS)

**Case Name:** Examinations Institute of the American Chemical So v. Chegg Inc.

**Date:** December 9, 2020      **Time:** 30 M

**Deputy Clerk:** Karen Hom      **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Chris Foley, Sam Eichner
**Attorney for Defendant:** Ian Bellon, Lori Chang

**ZOOM PROCEEDINGS**

( )   Zoom Settlement Conference

   ( ) Case Settled      ( ) Case Did Not Settle      ( ) Partial Settlement

( )   Further Zoom Settlement Conference

   ( ) Case Settled      ( ) Case Did Not Settle      ( ) Partial Settlement

(X)   Zoom Scheduling Conference to reschedule Settlement Conference - Held

( )   Further Zoom Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Zoom Status Conference

( )   Other

**Notes:** Further Settlement Conference is continued to 2/2/2021 at 10:00 AM at the request of the parties. Updated statements due one week in advance. Defendant's comments on latest draft due by the end of business on 12/14/2020, and plaintiff shall use best efforts to respond and discuss any proposed changes by the end of the year. Target date for final resolution of issues regarding the draft is 1/20/2021.