UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXAMINATIONS INSTITUTE OF THE AMERICAN CHEMICAL SOCIETY, DIVISION OF CHEMICAL EDUCATION,<br><br>Plaintiff.<br><br>v.<br><br>CHEGG INC.,<br><br>Defendant. | Case No. 17-cv-03522-JD   (JCS)<br><br>**CLERK'S NOTICE RESCHEDULING ZOOM SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the request of counsel, the Settlement Conference previously scheduled for April 13, 2021 at 10:00 A.M., has been rescheduled for **May 11, 2021, at 10:00 A.M.** This will be held by Zoom video conference. The Zoom Meeting Link is located on Judge Spero's web page under the second subheading +Join Non-Public Hearings. In addition to following the instructions and link on Judge Spero's web page, the parties may join using the following Zoom Meeting ID: 161 664 4690. Password: 841312. Parties will initially enter a "waiting room" and will be admitted into the meeting by court staff.

Lead trial counsel who will try the case shall appear at the Settlement Conference with the parties and with the person(s) having full authority to negotiate and to settle the case. All other provisions of this Court's original Notice and Settlement Conference Order, ECF 76, shall remain in effect.

On or before **May 4, 2021**, each party shall deliver directly to Chief Magistrate Judge Spero a Confidential Settlement Conference Statement. This Statement should **NOT** be filed with the Clerk of the Court. Each party shall also submit their Settlement Conference Statement in .pdf format and email their statement to JCSsettlement@cand.uscourts.gov.

On or before **May 4, 2021** counsel shall pre-register for the Settlement Conference by submitting one joint email to the clerk at JCSSettlement@cand.uscourts.gov with the names of counsel, and client representative(s).

The parties shall notify Magistrate Judge JOSEPH C. SPERO 's chambers immediately at (415) 522-3691 if this case settles prior to the date set for settlement conference.

Dated:  April 7, 2021

                                            Susan Y. Soong, CLERK

_____
Karen Hom, Deputy Clerk to Chief Magistrate Judge JOSEPH C. SPERO