UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXAMINATIONS INSTITUTE OF THE AMERICAN CHEMICAL SOCIETY, DIVISION OF CHEMICAL EDUCATION,<br><br>Plaintiff.<br><br>v.<br><br>CHEGG INC.,<br><br>Defendant. | Case No. 17-cv-03522-JD   (JCS)<br><br>**CLERK'S NOTICE RESCHEDULING ZOOM SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that at the request of counsel the Status Conference re: Settlement, (counsel only), previously scheduled for August 27, 2021 at 1:30 PM, has been rescheduled for **September 24, 2021, at 1:30 PM.** This will be held by Zoom video conference. The Zoom Meeting Link is located on Judge Spero's web page under the second **subheading +Join Non-Public Hearings. In addition to following the instructions and link on Judge Spero's web page, the parties may join using the following Zoom Meeting ID: 161 664 4640. Password: 841312**. Parties will initially enter a "waiting room" and will be admitted into the meeting by court staff.

On or before **September 22, 2021 by 3:00 PM** counsel shall pre-register for the Settlement Conference by submitting one joint email to the clerk at JCSSettlement@cand.uscourts.gov with the names of counsel.

1    The parties shall notify Magistrate Judge JOSEPH C. SPERO 's chambers immediately at

2 (415) 522-3691 if this case settles prior to the date set for settlement conference.

3 Dated:  August 25, 2021              Susan Y. Soong, CLERK

_____
Karen Hom, Deputy Clerk to Chief
Magistrate Judge JOSEPH C. SPERO